**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

LELA G. BARNES                                                    PLAINTIFF

vs.                                          Civil Action No. 3:10-cv-477 HTW-LRA

SECRETARY, DEPARTMENT OF TREASURY                      DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Linda R. Anderson which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to

the findings and recommendations contained therein within ten (10) days from the date

of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this

court, finding that there has been no submission of written objections by any party,

hereby adopts said Report and Recommendation as the order of this court.

Plaintiff's motion to proceed *in forma pauperis* is denied.  Plaintiff is given ninety

(90) days to pay the filing fees in this cause.  All of the costs associated with the filing of

this lawsuit are to be paid on or before December 17, 2010, or this case will be

dismissed without prejudice.

**SO ORDERED, this the 19th day of October, 2010.**

**s/ HENRY T. WINGATE**

_____
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**